IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PURE EARTH, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GREGORY W. CALL | : | No. 09-4174 |

ORDER

AND NOW, this 21st day of March 2012, is it is hereby ORDERED that in accordance with Rule 58 of the Federal Rules of Civil Procedure, judgment is entered in favor of Defendant Call on Plaintiff PEI's claims, and in favor of Counter-Claim and Third Party Defendants PEI, Alsentzer and Kopenhaver on Counter-Claim Plaintiff Call's claims. Neither party is entitled to financial recovery. The Clerk of Court is directed to close this matter for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.